

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2022

No. 04-21-00265-CV

**IN THE INTEREST OF B.M.S. AND J.R.S., CHILDREN**

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 18-11-25367-CV
Honorable Vivian Torres, Judge Presiding

# O R D E R

Sitting:  Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Liza A. Rodriguez, Justice

The panel has considered the appellant's motion for reconsideration, and the motion is hereby DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court